1  KAMALA D. HARRIS
   Attorney General of California
2  PEGGY S. RUFFRA
   Supervising Deputy Attorney General
3  State Bar No. 117315
     455 Golden Gate Avenue, Suite 11000
4    San Francisco, CA  94102-7004
     Telephone:  (415) 703-1362
5    Fax:  (415) 703-1234
     E-mail:  Peggy.Ruffra@doj.ca.gov
6  *Attorneys for Respondent*

7

8              IN THE UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                 SAN FRANCISCO DIVISION

11

12

13  **BRIAN FIORE,**                          16-cv-00282-VC

14                        Petitioner,    **RESPONDENT'S CASE MANAGEMENT**
                                         **STATEMENT**
15           **v.**                       AND ORDER

16  **DWIGHT NEVEN, Warden,**

17                        Respondent.

18

19       Pursuant to Civil L.R. 16-9, respondent submits this Case Management Statement.[1]  We

20  respectfully ask this Court to issue an order with the following directives:  (1) grant petitioner's

21  request to hold the federal habeas petition in abeyance pending exhaustion in state court; (2) order

22  petitioner to notify the Court within 30 days after exhaustion is complete; and (3) order

23  respondent to file a response within 60 days after that notification.

24       In addition, because there is no dispute about the appropriate next steps, the parties are in

25  agreement that no appearance at a Case Management Conference on July 26, 2016, is necessary.

26       [1] Petitioner filed a Case Management Statement on July 15, 2016, before the case was
    assigned to a Deputy Attorney General, as the deputy who had handled this case in state court has
27  retired.  The undersigned Supervising Deputy Attorney General has now been assigned to
    represent respondent in this case.
28

                                         1

1    On January 18, 2016, petitioner filed a timely federal habeas petition and an application to

2  hold the petition in abeyance pending exhaustion of two issues in state court.  Docs. 1, 2.

3  Petitioner has already commenced the exhaustion process by filing a habeas petition in superior

4  court on January 15, 2016.  Doc. 2, Exh. A.  Because the superior court petition tolls the statute,

5  28 U.S.C. § 2244(d)(2), respondent does not oppose petitioner's application to hold the mixed

6  petition in abeyance pending exhaustion in state court.

7    Once the exhaustion process is completed, petitioner should be required to notify the Court

8  within 30 days of the filing of the final state court order disposing of his claims.  Respondent

9  should then be required to file a responsive pleading, in the form of either a motion to dismiss or

10  an answer on the merits, within 60 days of the notification.  Respondent believes this will provide

11  the most expeditious way to provide the Court with briefing in this case.

12

13  Dated:  July 19, 2016                                                      Respectfully submitted,

14                                                                                         KAMALA D. HARRIS
                                                                                          Attorney General of California
15

16

17                                                                                         /s/PEGGY S. RUFFRA
                                                                                          PEGGY S. RUFFRA
18                                                                                         Supervising Deputy Attorney General
                                                                                          *Attorneys for Respondent*
19
SF2016400725   **If the state court petition is not resolved within 6 months the parties must file a joint
20  20876707.doc

21                 status report. The status report is due no later than January 27, 2017. The Court otherwise

22                 adopts the proposed schedule and vacates the case management conference scheduled for

23                 July 26, 2016.

24

25

26

27  Date: July 26, 2016

28

IT IS SO ORDERED

Judge Vince Chhabria

2